**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ORUM,                                    No. C05-00795 MJJ

12                 Plaintiff,                  **ORDER REQUIRING DEFENDANT TO
                                               FILE WRITTEN REQUEST AND**
13     v.                                      **SETTING STATUS CONFERENCE**

14   CHERTOFF,

15                 Defendant.
     _____/

16

17          Defendant, by letter dated September 19, 2007, requested a telephonic status conference to

18   determine if the Court will deem Defendant's June 12, 2007 Motion for Summary Judgment as

19   timely filed.  The Court **ORDERS** Defendant to put the basis for his request in writing and serve it

20   on Plaintiff before Saturday, September 29, 2007.  The Court further **ORDERS** the parties to appear

21   in Courtroom 11 on Tuesday, October 2, 2007 at 2 p.m.

22

23   **IT IS SO ORDERED.**

24

25

26   Dated: September 26, 2007

27                                             MARTIN J. JENKINS
                                               UNITED STATES DISTRICT JUDGE

28