IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORUM, | No. C05-00795 MJJ |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR STATUS CONFERENCE** |
| v. | |
| CHERTOFF, | |
| Defendant. | |

Before the Court is Plaintiff's Request for Status Conference. (Docket No. 75.) Plaintiff filed this request on October 5, 2007, three days after the most recent status conference in this case. (Docket No. 70.) At the October 2, 2007 status conference, the Court re-set the hearing schedule. Plaintiff's Motion for Reconsideration and Defendant's Motion for Summary Judgment will be heard on November 16, 2007. Defendant's opposition to Plaintiff's Motion for Reconsideration is due on October 12, 2007. Plaintiff's reply is due October 19, 2007. If Plaintiff has outstanding questions regarding these motions they may be resolved at the November 16, 2007 hearing.

**IT IS SO ORDERED.**

Dated: October 11, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE